

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00747-CV

**IN THE INTEREST OF J.J.S.**, E.F.S., and X.C.M.S., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02857
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED February 28, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice